E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552
     Facsimile: (213) 894-2927
     E-mail:    Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 23-00397(A)-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF NON-OBJECTION TO THE PRESENTENCE REPORT |
| v. | |
| RYAN SCOTT BRADFORD, | [UNDER SEAL] |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its notice of non-objection to the presentence report for defendant Ryan Scott Bradford.

//
//
//
//
//

This government's non-objection is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 5, 2024                    Respectfully submitted,

                                        E. MARTIN ESTRADA
                                      United States Attorney

                                        CAMERON L. SCHROEDER
                                        Assistant United States Attorney
                                        Chief, National Security Division

                                        */s/ Reema M. El-Amamy*
                                        REEMA M. EL-AMAMY
                                        Assistant United States Attorney

                                        Attorneys for Applicant
                                        UNITED STATES OF AMERICA

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

On January 11, 2024, defendant Ryan Scott Bradford ("defendant") pled guilty to Counts Three and Four of the four-count First Superseding Indictment in which he is solely named. The First Superseding Indictment also includes two forfeiture allegations. Count Three charges that on July 27, 2023, defendant violated 18 U.S.C. § 922(g)(1): Felon in Possession of Ammunition. Count Four charges that on July 27, 2023, Bradford violated 18 U.S.C. § 922(o)(1): Possession of Machineguns. The government has reviewed the Presentence Report ("PSR") and has no objections to the information contained in the PSR, including the PSR's calculation of the applicable guideline, as well as its summary of the pertinent conditions of the plea agreement.

As set forth in the plea agreement, on July 27, 2023, in his residence in Los Angeles County, California, within the Central District of California, defendant possessed: (1) 76 rounds of 9mm caliber ammunition with headstamp "WIN"; (2) 21 rounds of 5.56 caliber ammunition with headstamp "LC 15"; (3) 9 rounds of 5.56 caliber ammunition with headstamp "LC 15" and a NATO cross; (4) 3 rounds of 5.56 caliber ammunition with headstamp "LC 16" and a NATO cross; and (5) 7 rounds of 7.62x39 caliber ammunition. All of the ammunition was manufactured outside of the state of California. Defendant possessed the ammunition after having been convicted of burglary, in violation of California Penal Code Section 459, in the Superior Court for the State of California, County of Los Angeles, Case Number LASPA07300001, on or about October 30, 2012.

On the same date, defendant also possessed in his residence: (1) 2 machinegun conversion devices for a semiautomatic AR15-type

firearm; (2) 4 "chip" style machinegun conversion devices for a Glock-type firearm; and (3) 2 "switch" style machinegun conversion devices for a Glock-type firearm. Defendant knew that each of these items was a machinegun.  Defendant admits that each of these items were designed and intended for use in converting a weapon into a machinegun, and agrees that, as such, each of these items constitutes a "machine gun" under applicable law.

The government concurs with the guidelines calculations prepared by the United States Probation Office ("USPO").  The government agrees that the **Total Offense Level** is **17**.  Based on a criminal history category IV, defendant's guideline range is 37-46 months' imprisonment.  Consistent with the terms of the plea agreement, the government recommends a sentence of **no higher than 46 months' imprisonment**.

The government further recommends that the defendant be placed on supervised release for three years, and be ordered to pay a special assessment of $200.  The government maintains that the sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those goals.  It

//
//
//
//
//
//
//
//

reflects the very serious nature of the offense, promotes respect for the law, provides just punishment for a serious offense, and affords adequate deterrence to defendant's conduct in a manner that a lower sentence would not.

Dated: April 5, 2024					Respectfully submitted,

							E. MARTIN ESTRADA
							United States Attorney

							CAMERON L. SCHROEDER
							Assistant United States Attorney
							Chief, National Security Division


							/s/ *Reema M. El-Amamy*
							REEMA M. EL-AMAMY
							Assistant United States Attorney

							Attorneys for Applicant
							UNITED STATES OF AMERICA