Dear Honorable Josephine L. Staton

I wanted to tell you a little about myself before you sentence me for my ammunition and guns parts case. I wanted to tell you first and foremost that I'm guilty of having things I shouldn't have had, namely the ammunition and the equipment to make gun parts. I have always been a machinist and it was a challenge to make these parts and I got carried away with how important it was for me to see if I could re-create these parts. As many of the people before you in MDC-LA, I had a pretty terrible upbringing from a mom who did not love me unconditionally and treated me as if my existence ruined her life. My parents got divorced when I was an infant. I was able to see my dad on weekends and holidays, while sometimes living with him, but only because my mom had decided to kick me out. I would have lived with him full time but he couldn't take care of me, having to work full time. I had to stay with my mom and many bad memories happened there, some in the court documents I saw, other things happened too. When the child support payments ran out, my mom went out of her way to make me feel unwelcomed in her home and eventually left at 18, with nowhere to go, or any plans in mind. I was having a hard time staying in high school because of fights I was getting in, and in hindsight took out a lot of frustration that I had and anger at school. I did get a diploma, but I was living either in my car, or on the street.

I didn't have a drug problem in school, but when I hit the streets I was around junkies and felt like I wanted to fit in there somehow and found myself doing as they did. I was a heroin addict until I was around 29, when I met my fiancee Adriana and we quit together and are still off of opioids. I'm really proud of being able to stay clean off of heroin and I don't think I could have done it without her or would have cared to. She is my love and we had a pact to stay together and stay clean. When I met her at Tarzana Treatment center, I was in the process of getting my commericial drivers license to become a truck driver. Before then I really did not have a job I was proud of or could make a living with. I was good at truck driving school and held the job for about a year. I loved it. It gave me pride and purpose and was the best period of my life. I proved people wrong about me. I had the love of a good woman. I wished my mom would have seen me for who I was then, before she had decided to hate me and break contact. It still hurts. After about a year I messed up and got a DUI in my personal vehicle which really derailed my entire truck driving career working for Reliable Transportation Inc, in Chino CA. When I lost that commercial license it was around the time when my father had passed. My dad was great but our time together here was short. I had no one to talk to, to ask or give advice, to show me how to be a man, I tried to make up for it in other ways but I always ended up getting high on heroin.

②

Realizing heroin was my problem, this was ~~the the~~ when I began spending a lot of unproductive time on the internet, reading stuff having to do with world war two and the nazis. I thought I was uncovering some greater truth that no one wanted to address, but later on I realize that I was just being exposed to propaganda, which took me a long time to realize was ~~BS~~. I got caught up in an identity that I find today to be odious. My fiancée, who is hispanic, and her parents all accepted me and saw the real me, but I got too comfortable associating with fringe elements online. I guess I just wanted to fit in and be part of something meaningful. I lost my way. I knew already a long time ago, even when this case was going on, that this stuff was harmful to me and others. I guess I just felt angry at the world because I couldn't do all the things ~~that~~ that I loved and this was a way to feel good about it all. I really took it far and am ashamed at how people are afraid of me and the evil things said about me on the news. I understand why they are afraid of me and these things, but those things do not represent who I am and am trying to live my life differently once this is over. Adriana deserves better from me, and the time here in jail

has really helped me figure out what is important and what is just BS. I know your Honor has to sentence me to prison and I understand that I deserve to be punished. I accept that. I wanted you to know that once prison is finished, that I plan to lead a different life than the one I was leading in the months and years before this case had happened. Covid was really hard and isolating for me and it contributed to me spending a lot of time isolated and online. I am only now just seeing how hard that time period was for everyone, and me in particular. I don't think I can get my truck drivers license back but if I could I would certainly try to do so. Other than that, I intend to help my fiancee open a small business on Amazon marketplace selling things we make together. I was able to make batteries for electric scooters and other devices and generally am good at working with machine tools. I'm a lot older now than I was when I got involved truck driving and realize I haven't felt the pride of work in a long time. I wanted to thank you for reading this letter and reviewing my case. I'm sorry we had to meet this way.

Ryan Bradford