Dear Honorable Josephine L. Staton,

I would like to start by saying thank you in advance for your time & consideration. My name is Adriana Gutierrez. I am Ryan Bradford's fiance of almost 10 years & friend of almost 15 years. The entire time I have known Ryan, I knew him to be a kind, compassionate soul who always had a smile on his face even when he was struggling. He's funny, sweet & always made sure everyone was ok. After years of him & I being together, my family took Ryan in. My mom became his mom, my siblings became his siblings. He had his spot for the holidays, he was part of our mexican family traditions, & we all knew we could count on him to fix anything anytime something broke. It's safe to say, he is very loved by all of us.

Ryan had a tough upbringing & grew up in a broken home. He had trouble keeping a relationship with his mom so he moved in with his dad as a teen. He still held on to hope that he could mend the broken connection with his mother. When she got remarried & had children, Ryan felt out of place & clung to his dad & uncle for much needed attention, love & support.

Shortly after, he turned to drugs to hide his pain. He struggled for a while before going to tarzana, getting clean & meeting eachother. We were both doing well, Ryan was going to NA meetings, had a sponsor, went to trucking school & became a fulltime truck driver. He started to really live & enjoy life again. Sadly, a few months later, his dad passed away & it broke him. but even at his lowest point, after losing his best friend, he would still call me to check in & make sure i was okay. That's just the type of person he is. We got together again, started dating but we're both using opiates. We used for a few years before finally deciding to get clean once & for all. On November 11, 2018; one day after Ryan's dad's birthday, we stopped using opiates & have stayed clean ever since. We were excited, happy & hungry for success. Then came march of 2020 when covid hit, things went downhill again. Ryan lost his job, & had alot of extra time on his hands. A few months later, Ryan's uncle passed away. He took the loss really hard. & started looking for ways to once again fill the emptiness within him.

He wanted to feel like he was a part of something, for connection & community. He started spending a lot of time on the internet, reading up on nazi stuff, & was pulled into a pool of lies, & was slowly brainwashed into believing these evil things as "truth". He spoke differently, acted differently, & he turned into someone my family & i didn't know. He isolated alot. We all noticed the shift but didn't know how to help him. But even when the arrest happened, I vowed to never let him go because I knew the real Ryan, the gentle soul who might look intimidating but loves to sleep & cuddle our 7 pound chihuahua that he calls his daughter.

Since Ryan has been at MDC, Ryan started working in the kitchen, which he enjoys, since he loves to cook. He has read a few different series of books, he's helped others by sharing his books, he helps others read, write, & even proofread letters. He also plans on joining any class or program that he has the opportunity to do. Most importantly, Ryan has taken the time to learn, grow & change his mindset back to who he was

He has owned up to his mistakes, & takes full responsibility for not only thinking the way he used to but for having ammo in the home. He apologizes to me every day for how he changed so suddenly & shows remorse for the mistakes he's made. With that being said, I am grateful to say I have Ryan back. The man I fell in love with & was best friends with years ago. This time being apart has been hard but has taught us a lot. Once he is out, I can promise you that we will make the best out of it, we can finally build the dream life we've been waiting for for years. A happy, clean, sober life where we remain accountable, take care & love each other. & continue to learn, grow, & change.

Thank you again for taking the time to read my letter.

Sincerely,
Adriana Gutierrez