E. MARTIN ESTRADA
United States Attorney
CAMERON L. SCHROEDER
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552
     Facsimile: (213) 894-2927
     E-mail:    Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 23-00397(A)-JLS |
|---|---|
| Plaintiff, | GOVERNMENT'S SENTENCING REPLY |
| v. | |
| RYAN SCOTT BRADFORD, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its Sentencing Reply for defendant Ryan Scott Bradford.

//
//
//
//
//
//

This government's reply is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: April 8, 2024                Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    CAMERON L. SCHROEDER
                                    Assistant United States Attorney
                                    Chief, National Security Division


                                    /s/ *Reema M. El-Amamy*
                                    REEMA M. EL-AMAMY
                                    Assistant United States Attorney

                                    Attorneys for Applicant
                                    UNITED STATES OF AMERICA

**GOVERNMENT'S SENTENCING REPLY**

Both parties have filed their sentencing position papers. Neither party has objections to the guidelines calculated by the United States Probation Office. Additionally, consistent with the terms of the plea agreement, both parties have recommended a sentence within the guidelines range. However, the government maintains that a sentence at the high-end of the range is appropriate for defendant Bradford based on the numerous aggravating factors in this matter.

The government attaches the underlying Complaint which sets forth the seriousness of defendant's crimes as well as other aggravating factors.

First, as demonstrated by defendant's Amazon purchases, he has been involved in manufacturing guns for years prior to his arrest. (Complaint at ¶ 4.) Moreover, the amount of guns defendant was manufacturing was not insubstantial and he was working to arm himself as well as others. (Id. at ¶¶ 19-20.)

In addition to manufacturing guns, defendant made numerous horrific threats of his intent to kill Jews. (Complaint at ¶¶ 10-11.) Additionally, the white supremacist material that defendant possessed on the date of his arrest in 2023 demonstrates that he maintained this ideology consistently throughout the years. (Id. at ¶¶ 21-22.)

At the same time defendant was arming himself and threatening to kill Jews, he was conspiring to distribute methamphetamine. (Complaint at ¶ 17.) Indeed, defendant can be seen holding a large quantity of methamphetamine in the Complaint. (Id.)

Finally, the government notes that defendant has submitted a letter of support from Adriana Gutierrez. As set forth in the

Complaint, Ms. Gutierrez's telephone number was linked to Telegram account "@SFVFeather." (Complaint at ¶ 7.) "@SFVFeather" was one of nine members of the publicly available Telegram chat group "National Socialist Peckerwood Death Squad - Seething Hate From the 818." (Id.) Additionally, she has lived with defendant for years while he engaged in his crimes and her support does not appear to have positively influenced defendant.

Consistent with the terms of the plea agreement, the government continues to recommend a sentence of **46 months' imprisonment**. The government continues to recommend that the defendant be placed on supervised release for three years, and be ordered to pay a special assessment of $200. The government maintains that the sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those goals. It reflects the very serious nature of the offense, promotes respect for the law, provides just punishment for a serious offense, and affords adequate deterrence to defendant's conduct in a manner that a lower sentence would not.

Dated: April 8, 2024              Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  CAMERON L. SCHROEDER
                                  Assistant United States Attorney
                                  Chief, National Security Division


                                  /s/ *Reema M. El-Amamy*
                                  REEMA M. EL-AMAMY
                                  Assistant United States Attorney

                                  Attorneys for Applicant
                                  UNITED STATES OF AMERICA

2